UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>        Plaintiff,<br><br> v.<br><br>STATE OF NEVADA, et al.,<br><br>        Defendants. | Case No. 2:13-cv-02003-APG-PAL<br><br>ORDER |

   This matter is before the court on the Notice of Under Seal Submission of Last Known Addresses (Dkt. #42). Plaintiff Jamal Damon Hendrix is a prisoner proceeding in this matter pro se. On October 29, 2013, Plaintiff filed an Application to Proceed In Forma Pauperis (Dkt. #1) and submitted a Complaint (Dkt. #4). In an Order (Dkt. #3) entered January 27, 2014, the court screened the Complaint pursuant to 28 U.S.C. § 1915, dismissing some claims and allowing Plaintiff to amend his Complaint. Plaintiff filed an Amended Complaint (Dkt. #21) on February 26, 2014. In an Order (Dkt. #28) entered April 4, 2014, the court screened the Amended Complaint, deferred ruling on the Application to Proceed In Forma Pauperis, and entered a ninety-day stay to allow this case to be mediated. An inmate mediation conference was held on July 1, 2014; a settlement was not reached. *See* Minutes of Proceedings (Dkt. #35).

   The court granted the Application to Proceed In Forma Pauperis in an Order (Dkt. #37) entered July 11, 2014. The Attorney General's Office accepted service on behalf of all Defendants except the following former employees of the Nevada Department of Corrections: Howard Skolnik, Donald Helling, Cole Morrow, Henry Jones, L. Kyles, and Joyce Chang. *See* Notice of Acceptance of Service (Dkt. #40). Pursuant to the court's Order (Dkt. #37), the Attorney General's Office submitted the last known addresses for these Defendants under seal.

Having reviewed and considered the matter,

**IT IS ORDERED:**

1. The Clerk of Court shall issue summons to Defendants Skolnik, Helling, Morrow, Jones, Kyles, and Chang and shall deliver the summons, Amended Complaint (Dkt. #21), Sealed Submission of Last Known Addresses (Dkt. #41), and a copy of this Order to the United States Marshal Service ("USMS")

2. The USMS shall attempt to serve Defendants Skolnik, Helling, Morrow, Jones, Kyles, and Chang with summons and the Amended Complaint at the addresses listed in the Sealed Submission of Last Known Addresses on or before **September 15, 2014.**

3. The USMS shall provide Plaintiff with a Form USM-285 (without listing the Defendants' addresses) indicating whether service was effected.

4. Plaintiff shall file the Form USM-285 within ten days of receiving it from the USMS.

5. If the USMS is unable to serve any of the Defendants, and Plaintiff wishes to have service again attempted, a motion must be filed with the court specifying a more detailed name and/or address for said Defendant, or whether some other manner of service should be attempted.

6. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within 120 days from the date of this Order.

Dated this 13th day of August, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

- 2 -