UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　　Defendants, | Case No. 2:13-cv-02003-RFB-PAL<br><br>**ORDER TO PRODUCE**<br>**JAMAL DAMON HENDRIX** |

TO:　　　DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:　　　RENEE BAKER, WARDEN, ELY STATE PRISON
　　　　　ELY, NV
　　　　　UNITED STATES MARSHAL FOR THE DISTRICT OF
　　　　　NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **JAMAL DAMON HENDRIX, #1083418**, is presently in custody of the Nevada Department of Corrections, located at Ely State Prison, Ely, Nevada.

**IT IS ORDERED** that the Warden of Ely State Prison, or his designee, shall transport and produce **JAMAL DAMON HENDRIX, #1083418**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about **Wednesday, April 29, 2015, at the hour of 2:00 p.m.**, to attend a hearing in the instant matter, and arrange for his appearance on said date, until **JAMAL DAMON HENDRIX, #1083418**, is released and discharged by the said Court; and that **JAMAL DAMON HENDRIX, #1083418**, shall thereafter be returned to the custody of the Warden of Ely State Prison, Ely, NV, under safe and secure conduct.

1
2      **DATED** this 21st day of April, 2015.
3
4                                              _____
                                               **RICHARD F. BOULWARE, II**
5                                              **United States District Judge**