ADAM PAUL LAXALT
Attorney General
BENJAMIN R. JOHNSON
Deputy Attorney General
Nevada Bar No. 10632
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1254
E-mail: BJohnson@ag.nv.gov

Attorneys for Defendants
Linda C. Adams, Isidro Baca, Robert Bannister,
Jay Barth, Julio Calderin, Amy Calderwood,
James "Greg" Cox, Roland Daniels, Christopher Day,
Frank Dreesen, Michael Fletcher, Sheryl Foster,
Terrel Gregory, Don Helling, Jerry Howell, Cory Leavitt,
E.K. McDaniel, Cole Morrow, Jennifer Nash, Dwight Neven,
Chad Smith, Kirk Valdez, William Venneman,
Lee Werlinger, and Harold Wickham

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>Defendants. | Case No. 2:13-cv-02003-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is stipulated and agreed by and between Plaintiff Jamal Damon Hendrix, in pro se, and Defendants Linda C. Adams, Isidro Baca, Robert Bannister, Jay Barth, Julio Calderin, Amy Calderwood, James "Greg" Cox, Roland Daniels, Christopher Day, Frank Dreesen, Michael Fletcher, Sheryl Foster, Terrel Gregory, Don Helling, Jerry Howell, Cory Leavitt, E.K. McDaniel, Cole Morrow, Jennifer Nash, Dwight Neven, Chad Smith, Kirk Valdez, William Venneman, Lee Werlinger, and Harold Wickham, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, that this action and all claims asserted therein in the above-captioned matter be dismissed with prejudice.

///

1 | Each party shall bear their own attorneys' fees and costs.

2 | DATED this 12th day of June, 2015.              DATED this 15th day of June, 2015.

ADAM PAUL LAXALT
Attorney General

By: /s/ Jamal Damon Hendrix                        By: /s/ Benjamin R. Johnson
JAMAL DAMON HENDRIX                                BENJAMIN R. JOHNSON
Pro Se Plaintiff                                   Deputy Attorney General
                                                   Bureau of Litigation
                                                   *Attorneys for Defendants*

IT IS SO ORDERED that Case No. 2:13-cv-02003-RFB-PAL is dismissed with prejudice:

DATED: 17th day of June, 2015

_____
RICHARD F. BOULWARE, II
United States District Judge

Office of the Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 15th day of June, 2015, I caused to be deposited for mailing, a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, on the following:

JAMAL D. HENDRIX #1083418
HIGH DESERT STATE PRISON
P.O. BOX 650
INDIAN SPRINGS, NV 89070

JAMAL D. HENDRIX #1083418
ELY STATE PRISON
P.O. BOX 1989
ELY, NV 89301

_____
An Employee of the
Office of the Attorney General